**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01644-CMA-BNB

U.S. COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

FLINT McCLUNG CAPITAL LLC, and
SHAWON McCLUNG,

    Defendants.

## ORDER HOLDING DEFENDANT SHAWON McCLUNG IN CIVIL CONTEMPT

    This cause is before the Court upon Plaintiff's Motion to Show Cause (Doc. # 24).

    It appearing that (1) Plaintiff has made a *prima facie* showing that Defendant Shawon McClung has violated provisions of this Court's Statutory Restraining Order and the parties' Consent to Preliminary Injunction; (2) Defendant Shawon McClung had ample notice of the Plaintiff's Motion and allegations contained within; (3) Defendant Shawon McClung did not request a hearing; and (4) Defendant Shawon McClung has not alleged any material differences of fact:

    The Court FINDS that Defendant McClung is in civil contempt and he is hereby ORDERED to pay Plaintiff reasonable attorney's fees and costs associated with preparing the Motion to Show Cause, and a fine of $500 per day beginning on

September 30, 2011, and continuing until he complies with the terms of the Court's June 23, 2011 and July 7, 2011 Orders.

DATED:  September   30  , 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge