**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01644-CMA-BNB

U.S. COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

FLINT McCLUNG CAPITAL LLC, and
SHAWON McCLUNG,

    Defendants.

---

**ORDER REGARDING MOTION FOR FURTHER COMMUNICATION**

---

    Defendant Shawon McClung's Motion for Further Communication Going Forward for All Court Documents (Doc. # 33) is GRANTED IN PART and DENIED IN PART, as follows:

    IT IS ORDERED that Defendant Shawon McClung shall contact the Clerk of the Court, U.S. District Court for the District of Colorado, at 303-844-3433 for the appropriate paperwork and instruction as to how to register his email address, as a *pro se* defendant, in CM/ECF.

    IT IS FURTHER ORDERED that the Clerk shall email a copy of this Order, as well as a copy of this Court's Order Holding Defendant Shawon McClung In Civil Contempt (Doc. # 32), which is still in effect, to Defendant Shawon McClung at **shmcclun@gmail.com**.

    DATED: October __05__, 2011

                                                         BY THE COURT:

                                                         _____
                                                         CHRISTINE M. ARGUELLO
                                                         United States District Judge